To: Whom This May Concern:

Your Honor Judge:

I am the Mother of Samir Simpson-Bey. He has Always been a good child. He has help his Community by working with the homeless. Helping Residents seek and find employment. Talk with the youth in the neighborhood about stopping the voilence. A lot of people truly Admire all the effort that he have made. Please find it in you heart to not judge him too harshly.

Thank You
Mrs. Bobbie Taylor-Mitchell Bey

To whom this may concern
Im writing this letter on behalf of Samir Simpson-Bey. In all honesty Samir deserves your mercy. On paper it may reflect negative actions, but in real life Samir is a pillar to his community and a steeple to his family. Samir came from a environment that wasn't always great and he made the most of it. He spreads love and give people a reason to live. He's accomplished, He's diligent in his boxing, an activist, an advocate, a Father, a Son. He doesn't preach violence nor does he condone it. In fact Samir is the most positive and influential person that the world may ever know in this lifetime. He's not perfect but he's genuine and has a heart of gold. Hosting Back-To-School events, Stop the Violence rally's, Food drives, Turkey Give aways for Thanksgiving, Christmas Drives, and Feeding the homeless are just a few of the many things that Samir has done to best describe his character.

7/8/2024

To whom this may concern,
my name is Mr. Frederick Maurice Slaughter and I am here to express my true thoughts and feelings for a very dear friend of mine Mr. Sinur Simpson, a guy with great respect and show true love and gratitude for his not only his love ones but for all human races, Mr. Simpson have shown the world how much fellowship he have in his heart, charity for the kids, he also handed out food for people that is in need and I can vouch for that he is also a entertainer (sports) Boxing is his main activity I know why, cause I had the honor to workout with

Dad a ~~legend~~ legend
a Boxer by the name Mr. Michael Goodeau, that's where me and Mr. Simir Simpson pick up our experience from being a sports entertainer. I see Mr. Simir as a motivator an inspiration to this generation. all he need is a chance to show the world that he is that guy, why I say that is because me as a older guy, that's where and who I have learn it from. Simir is a good guy at heart (The truth) and that in my mind will never change.
Thank you
Mr. Frederick M. Shaughth.

Im writing this letter on behalf of Samir and how he empacted our community for growth & prosperity. From the time takes out of his personal life to help mold the kids of our community to the truck loads of food he would bring to feed our families. The dedication and love he showed continues to be felt throughout our community. He held major back to school events with everything you could name. During the summer he made sure there was never a dull moment always fun always laughter from jumpy houses to music he always found ways for our community to be productive while showing us how to love and help one another. When holidays came around he would throw some of the most epic community parties at 12th and park you couldnt forget. The caliber of man he is ~~~~~ now

& his continuance to grow everyday in every aspect of life shows our community that even though life may be hard you can still be something in life & give back even when you dont have much He was and still is a Major Resource for our community.

Shiniecia Thomas
Mrs. Sonya Shanks
Chinesha Condra

To whom it may concern I, Lamont McClendon is writing a letter on behalf of my childhood friend Samir Simpson-Bey. I've seen many phases of Samir & watched him transition from making a few bad decision's to making all the right one's, from giving clothes & food back to the same community we both made bad decision in. Also helping the community with utility bills & kid's organization like football & basketball teams. Outta all phases I've seen of my friend I enjoyed seeing him as a father & respected his family oriental & understand how important he was to his family & community. He's a staple to his community because he is loved & respected kept alot of trouble down in our area.

Your's Truly

Lamont "Birdie" McClendon

Samir's existence alone helps people live easier. He's a very active father. From Sports, Cheer Competitions, dance recitals, Birthdays, Trips. He does it all and all the time. His Children education is top priority however. It's always two sides to the Story. You guys only know one side of Samir but in this case get to know the real Samir. Please have mercy on my Cousin and allow him to correct his ways and come home in time enough to still make a difference and have a positive impact on life.

Thank you for your time
Rita Williams

To whom it may concern.....

On behalf of Samir Simpson and my brother. I am writing this letter to inform anyone concerning this case, that my brother Samir Simpson is and has been a person who has done wrong in his life for a while, but then he had to realize that he has children that looks up to him and not just them. Samir inspires others to do right, by doing things in his community and outside of that. Samir has changed his life to better others. Samir helps with the kids in the community with bookbags for kids going back to school. Samir holds food drives for the community, paying utilities bills, renting bomb pop trucks for the kids when it's hot outside. Giving out water toys for the kids to get wet, swimming pools etc. Samir has grown a long way from the kid he use to be and he has transformed for the kids not just kids in the community, all around the world. Where Samir is hosting something for any occasion the world is coming out to show up and support the cause, from Baking, BBQ cookouts,

school gatherings, and or just community fun for everybody without violanant behavior. The Lord gives everybody a second chance to get it right. Samir was on that path for change & perfection to make a difference.

Love

Big Sis Shenique